**Matthew S. Parmet** (CSB # 296742)
matt@parmet.law
**PARMET PC**
340 S. Lemon Ave., #1228
Walnut, CA 91789
phone 310 928 1277

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY CABANEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASSIST ON CALL, INC.,<br><br>Defendant. | **Case No. 3:20-cv-09470-VC**<br>Collective Action (29 U.S.C. § 216(b))<br>Class Action (Fed. R. Civ. P. 23)<br><br>**Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement**<br><br>**Hearing Date:** March 31, 2022<br>**Hearing Time:** 2:00 pm PT<br>**Courtroom:** Zoom Videoconf.<br>**Judge:** Vince Chhabria |

### NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE** that on March 31, 2022, at 2:00 pm PT, or as soon thereafter as the matter may be heard, via Zoom videoconference, Plaintiff Roy Cabanez will and hereby does move the Court for an order entering a final approval of the class action settlement in this case.

The motion is based upon: this notice of motion; the accompanying memorandum of points and authorities; all accompanying declarations and exhibits; the papers, records, and pleadings on file in this action; and such other arguments and matters that may be presented to the Court before or at the hearing on the motion

By:   */s/ Matthew S. Parmet*
     **Matthew S. Parmet**
**PARMET PC**

**Attorneys for Plaintiff**

### CERTIFICATE OF CONFERENCE

Prior to filing this Motion, I conferred with Defendant's counsel, who confirmed that Defendant is unopposed to the relief sought herein.

*/s/ Matthew S. Parmet*
Matthew S. Parmet