# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY CABANEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASSIST ON CALL, INC.,<br><br>Defendant. | **Case No. 3:20-cv-09470-VC**<br>Collective Action (29 U.S.C. § 216(b))<br>Class Action (Fed. R. Civ. P. 23)<br><br>**[Proposed]** **Judgment** |

This certified class action is hereby DISMISSED WITH PREJUDICE, and judgment is entered in accordance with the Settlement Agreement and the Order Granting Final Approval of Class Action Settlement. Without affecting the finality of this Judgment, the Court reserves jurisdiction over the class representative, the settlement classes, and Defendant Assist on Call, Inc. as to all matters concerning administration, consummation, and enforcement of the Settlement Agreement.

IT IS SO ORDERED.

March 31, 2022
Date

_____
Vince Chhabria
United States District Judge